UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| INRE: )<br>NONJUDICIAL CIVIL FORFEITURE )<br>PROCEEDING )<br> ) | Misc. No.: 2:23-mc-6 |

**ORDER EXTENDING TIME TO FILE COMPLAINT FOR FORFEITURE
AND/OR TO OBTAIN INDICTMENT ALLEGING FORFEITURE**

The United States having applied to the Court, pursuant to 18 U.S.C. § 983(a)(3)(A), for an order extending, to and through March 20, 2023, the time in which the United States may file a complaint for forfeiture and/or obtain an indictment alleging forfeiture with respect to certain property against which the United States Drug Enforcement Administration ("DEA") initiated nonjudicial civil forfeiture proceedings and to which George Goins, Sr. ("Goins") asserted an interest; to wit, $1,335.00 in United States currency recovered from Goins' person upon his arrest on June 8, 2022, in South Burlington, Vermont; and $1,000.00 in United States currency from safe deposit box# 405165 at Union Bank in Morrisville, Vermont (collectively, the "Subject Property") and the United States having represented to the Court as follows:

1. In accordance with 18 U.S.C. § 983(a)(l)(A), DEA provided written notice of its intent to forfeit the Subject Property to all known interested parties;

2. On or about October 20, 2022, DEA received, from Goins, a revised claim in which Goins asserted an interest in the Subject Property;

3. No other person is currently asserting a claim to the Subject Property or any interest therein and, pursuant to 18 U.S.C. § 983(a)(2), the time for doing so has expired;

4. Goins, through counsel, has agreed and consented to the relief requested by the United States, to wit, an order extending, to and through March 20, 2023, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture; and

5. The United States seeks the requested relief in order to permit the parties sufficient time in which to potentially resolve this matter without protracted litigation; and

The Court being expressly authorized, pursuant to 18 U.S.C. § 983(a)(3)(A), to extend, upon agreement of the parties, the time in which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture;

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 983(a)(3)(A), that the date by which the United States may file a complaint for forfeiture against the Subject Property and/or obtain an indictment alleging that the Subject Property is subject to forfeiture is extended to and through March 20, 2023.

Dated at Burlington, in the District of Vermont, this 17th day of January 2023.

/s/ William K. Sessions III
_____
HON. WILLIAM K. SESSIONS III
United States District Judge